UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL BENTON,<br><br>        Plaintiff,<br><br>    v.<br><br>EXECUTIVE HOTEL SEATTLE LLC,<br><br>        Defendant. | CASE NO. C20-1504JLR<br><br>ORDER |

This matter comes before the court on Defendant Executive Hotel Seattle LLC's ("Executive") motion to dismiss Plaintiff Michael Benton's original complaint. (MTD (Dkt. # 11).) Executive filed its motion on November 19, 2020. (*Id.* at 1.) On December 10, 2020, Mr. Benton filed an amended complaint. (Am. Compl. (Dkt. # 17).) The parties seemingly concede that the first motion to dismiss is now moot, as neither party submitted subsequent briefing. (*See generally* Dkt. (showing no response or reply filed).)

//

ORDER - 1

1 | Instead, Executive filed a second motion to dismiss this amended complaint, which is
2 | currently pending.  (2d MTD (Dkt. # 21).)
3 |      Accordingly, the court DENIES Executive's first motion to dismiss (Dkt. # 11) as
4 | moot.  Executive's second motion to dismiss (Dkt. # 21) remains pending.
5 |      Dated this 28th day of December, 2020.

JAMES L. ROBART
United States District Judge