HONORABLE JAMES L. ROBART

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## SEATTLE DIVISION

| | |
|---|---|
| MICHAEL BENTON, | CASE NO. 2:20-cv-01504-JLR |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| EXECUTIVE HOTEL SEATTLE LLC, | |
| Defendant. | |

Plaintiff MICHAEL BENTON, by and through his undersigned counsel, and pursuant to LCR 11(b) of the Western District of Washington, hereby notifies the Court that the parties have reached a settlement, and requests until July 23, 2021 in which to file a Stipulation of Dismissal.

Dated: June 25, 2021

*/s/Joel B. Rothman*
JOEL B. ROTHMAN
WA Bar No. 57717
joel.rothman@sriplaw.com

**SRIPLAW**
21301 Powerline Road
Suite 100
Boca Raton, FL 33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Michael Benton*